**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------
JOHN AND EILEEN CREEDEN,       :
                               :
    Plaintiffs,                :
                               :    Civil Action No. 06-3669 (JAG)
    v.                         :
                               :    <u>         </u>**ORDER**
THE HOME DEPOT, et al.,        :    **CLOSED**
                               :
    Defendants.                :
------------------------------------------------------

**GREENAWAY, JR., U.S.D.J.**

On January 19, 2007, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to Fed. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2), wherein she recommended that dismissal be entered against John and Eileen Creeden as a sanction for failing to comply with various court orders. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to <u>de novo</u> review. <u>In re U.S. Healthcare</u>, 159 F.3d 142, 145-46 (3d Cir. 1998); <u>Temptations, Inc. v. Wager</u>, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also Fed. R. Civ. P 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate <u>de novo</u> standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this 18th day of May, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court; and it is further

ORDERED that the case is dismissed with prejudice; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

                                         S/Joseph A. Greenaway, Jr.  
                                         JOSEPH A. GREENAWAY, JR., U.S.D.J.